# Morgan Lewis

**Jade Yee**
Associate
+1.212.309.6615
jade.yee@morganlewis.com

January 5, 2021

**VIA ECF**

The Honorable Paul Engelmayer, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Lyons v. New York Life Insurance Company*, Case No. 1:20-cv-03120

Dear Judge Engelmayer:

We represent Defendant New York Life Insurance Company ("Defendant" or "New York Life") in the above-referenced action. We write jointly with Plaintiff Lorraine Lyons ("Plaintiff") to respectfully request an extension of the deadline to file a proposed protective order from January 5, 2021 to January 19, 2021.

In support of this request, the parties state that the additional time is needed to further confer and agree upon certain terms on their draft proposed protective order.  Our efforts thus far have been delayed by intervening holidays and the parties' vacation schedules.

We have conferred with Counsel for Plaintiff and Plaintiff consents to this request.  This is the parties' first request for an extension of time to file a proposed protective order.  If granted, this request for an extension of time will not affect any other scheduled dates in this matter.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ *Jade Yee*
Jade Yee
*Attorney for Defendant*
JY

Granted.

 SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

January 5, 2021

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060       T +1.212.309.6000
United States                              F +1.212.309.6001