**Arnold H. Pedowitz**
Attorney at Law
260 Madison Ave., 17th Fl.
New York, NY 10016
212-403-7321
pedowitz@pedowitzmeister.com

Robert A. Meister
Of Counsel

March 17, 2021

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

   Re: 1:20-CV-03120 (PAE)
     <u>Lyons v New York Life Insurance Company</u>

Dear Judge Engelmeyer:

  I am writing to request that the letter motion filed by me yesterday in this matter (Dkt. No. 29) be withdrawn without prejudice. Counsel for Defendant and I have spoken and agreed to have a collaborative good faith meet and confer tomorrow in an effort to resolve the issues raised in the letter motion.

  Thank you for your consideration of this request.

Very truly yours,

Arnold H. Pedowitz

Granted. The Clerk of Court is respectfully directed to terminate the motion pending at docket 29. The Court thanks the parties for their efforts to resolve this dispute collegially.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

March 18, 2021