UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORRAINE LYONS,<br><br>         Plaintiff,<br>  -v-<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>         Defendant. | 20 Civ. 3120 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a request from plaintiff Lorraine Lyons seeking to "resume" the depositions of two witnesses in this case. Dkt. 43. In light of the July 15, 2021 deadline for depositions set in the operative Case Management Plan and Scheduling Order, defendant New York Life Insurance Company is hereby directed to file any response to Lyons's motion by July 14, 2021.

SO ORDERED.

                 *Paul A. Engelmayer*
                 PAUL A. ENGELMAYER
                 United States District Judge

Dated: July 12, 2021
   New York, New York