UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORRAINE LYONS<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY<br><br>Defendant. | Case No. 1:20-cv-03120-PAE |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Parties' Joint Stipulation of Dismissal. Upon review of the Joint Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that the following causes of action are dismissed with prejudice:

(i) The entire First Cause of Action, Sex Discrimination and Retaliation in violation of Title VII;

(ii) So much of the Third Cause of Action as alleges sex discrimination and retaliation on account of sex in violation of the Washington State Law Against Discrimination chapter 49.60 RCW.

(iii) The entire Fourth Cause Of Action, Equal Pay Act violation; and

(v) Violation of RCW 49.58.020 of Washington Equal Pay and Opportunities Act in the Fifth Cause Of Action.

3. Each party shall bear their own costs and attorneys' fees.

DONE AND ORDERED in Chambers, in New York, New York this 16th day of August, 2021.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record