UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORRAINE LYONS,

                          Plaintiff,

           -v-

NEW YORK LIFE INSURANCE COMPANY,

                         Defendant.

20 Civ. 3120 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 31, 2021, the Court held a pre-motion conference. *See* Dkt. 61. At this conference, the Court set the following briefing schedule.

- The parties' joint stipulated facts ("JSF") are due September 30, 2021.
- Defendant's opening brief is due October 21, 2021.
- Plaintiff's opposition brief is due November 19, 2021.
- Defendant's reply brief is due December 3, 2021.

At the conference, the Court also resolved New York Life Insurance Company's letter motion raising certain discovery issues. The bases for the Court's rulings are reflected in the transcript of the conference.

The Clerk of the Court is directed to close the motion pending at docket 64.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 31, 2021
      New York, New York