UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORRAINE LYONS,

                        Plaintiff,

       -v-

NEW YORK LIFE INSURANCE COMPANY,

                        Defendant.

20 Civ. 3120 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On October 21, 2021, defendant New York Life Insurance ("NY Life") moved for leave to file unredacted versions of the declarations of Brian Seguin, Dkt. 77, and Courtney Crenshaw, Dkt. 79, under seal. *See* Dkt. 82. The documents contain the birth dates of the declarants and are covered by the parties' stipulated protective order, Dkt. 28.

    The motion is granted. The unredacted versions of the declarations at docket entries 77 and 79 are to remain under seal. Docket entries 76 and 78 are to remain unsealed.

    The Court respectfully directs the Clerk of the Court to terminate the motion pending at docket 82.

SO ORDERED.

                                                                       PAUL A. ENGELMAYER
                                                                       United States District Judge

Dated: October 22, 2021
       New York, New York