**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

LORRAINE LYONS,

                Plaintiff,

  -against-                                        20 **CIVIL** 3120 (PAE)

                                                             **JUDGMENT**

NEW YORK LIFE INSURANCE CO.,

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2022, NYL's motion for summary judgment is granted as to Lyons's federal claims, all under the ADEA. Lyons's state law claims are dismissed, all under the WLAD, without prejudice to her right to refile these in state court; accordingly, the case is closed.

**Dated:** New York, New York

       March 22, 2022

                                                                  **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                        **BY:**      *K. Mango*

                                                                       **Deputy Clerk**