# Arnold H. Pedowitz
## Law Office of Arnold Pedowitz
260 Madison Ave., 17th Fl.
New York, NY 10016
212-403-7321
pedowitz@pedowitzmeister.com
April 5, 2022

Robert A. Meister
Of Counsel

**By ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:    1:20 CV 03120 (PAE)
                <u>Lyons v New York Life Insurance Company</u>

Dear Judge Engelmayer:

I am Plaintiff's counsel writing pursuant to Section III C of your Opinion & Order dated March 21, 2022 of this action directing Plaintiff's counsel to "file a letter with the Court specifically identifying the portions of documents that in its view warrant redaction and stating why . . . ".

All exhibits attached to the Declaration of Armand Zappa in opposition to Defendant's motion for summary judgment which were filed by Plaintiff under seal were refiled publicly yesterday. The only exception is that in the transcript of Plaintiff's deposition, Exhibit 24, Part One, Page 48, line 25, Plaintiff's date of birth remains redacted. I did not indicate the redaction on the cover of that Exhibit as I await the Court's direction on that.

I inadvertently failed to publicly file Plaintiff's Statement of Additional Material Facts as to Which There Is No Genuine Dispute yesterday but am doing so now.

Please let me know if some further action is required with respect to Plaintiff's deposition, Exhibit 24, Part One, Page 48, line 25.

Thank you.

Very truly yours,

*/s/ Arnold H. Pedowitz*

Arnold H. Pedowitz

The Court thanks counsel for this update and the filings and finds the redaction appropriate. SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
4/5/22